THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Richard David Ratliff, Appellant.
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No. 2012-UP-033
 Submitted January 3, 2012  Filed January
25, 2012    

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant  Attorney General William Blitch, Jr., all of Columbia;
 and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Richard David Ratliff appeals his convictions for three counts of
 second-degree criminal sexual conduct with a minor, two counts of lewd act with
 a minor, and three counts of criminal solicitation of a minor.  Ratliff argues
 the trial court erred in admitting irrelevant and prejudicial character
 evidence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Haselden, 353 S.C. 190, 196, 577 S.E.2d 445, 448 (2003) (holding an issue was not preserved for review when the party
 argued one ground at trial and another on appeal); Wierszewski v. Tokarick,
 308 S.C. 441, 444 n.2, 418 S.E.2d 557, 559 n.2 (Ct. App. 1992) ("An issue
 is not preserved for review merely because the trial court mentions it.").
AFFIRMED.
FEW, C.J., and THOMAS and
 KONDUROS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.